# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Candius Antonela Burgess | **Case No :** | 14–20504 – A – 13J |
| | | **Date :** | 3/24/14 |
| | | **Time :** | 01:30 |

**Matter :** [16] – Objection to Confirmation of Plan by Creditor Cadlerock Joint Venture II, L.P. [RAS–1] Filed by Creditor Cadlerock Joint Venture II, L.P. (lbef)

**Judge :** Michael S. McManus
**Courtroom Deputy :** Sarah Head
**Reporter :** Diamond Reporters
**Department :** A

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
(by phone)　Debtor(s) Attorney – Mikalah R. Liviakis
　　　　　　Karin Bruce (for the Trustee)

## CIVIL MINUTE ORDER

The objection is ORDERED OVERRULED for the reasons stated in the ruling appended to the minutes.

Dated: March 25, 2014

By the Court

_____
Michael S. McManus
United States Bankruptcy Judge